IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID FARRIS and DENISE FARRIS, )<br><br>)<br>Plaintiffs<br>)<br>v.<br>)<br>KTM NORTH AMERICA, INC., and<br>KTM SPORTMOTORCYCLE AG, )<br><br>Defendants ) | No. 3:04-cv-354<br>Jarvis/Guyton |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for summary judgment [Court File #14] is GRANTED and this action DISMISSED.

**E N T E R :**

                                               *s/ James H. Jarvis*
                                       UNITED STATES DISTRICT JUDGE